No. 83–5213. BARNETT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5280. CONNOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–5334. ATTWELL v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 83–5340. BURNETTE v. PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTE. C. A. 1st Cir. Certiorari denied.

No. 83–5342. McADOO v. FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied.

No. 83–5343. HIGGS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 83–5344. WACHTER v. GREEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–5347. FAIR v. DEPARTMENT OF SOCIAL SERVICES. Cir. Ct. Mich., Ingham County. Certiorari denied.

No. 83–5348. SIROONIAN v. NEW YORK FOUNDLING HOSPITAL ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 83–5358. KENT v. NEW YORK CITY DEPARTMENT OF SANITATION. C. A. 2d Cir. Certiorari denied.

No. 83–5360. APPLEBY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 83–5363. CAUBLE v. UNITED STATES;
No. 83–5382. WILLIAMS v. UNITED STATES; and
No. 83–5383. GUION v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 714 F. 2d 134.

No. 83–5369. DONNELL v. FREEMAN ET AL. Sup. Ct. Mo. Certiorari denied.